# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 12-5143** | **September Term 2011** |
| | 1:11-cv-00802-CKK |
| | Filed On: June 4, 2012 [1376865] |

Ramakrishna Vemuri,

      Appellant

v.

Janet Ann Napolitano, Secretary,
Department of Homeland Security, et al.,

      Appellees

### ORDER

Upon consideration of appellant's motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

      BY:   /s/
                 Mark A. Butler
                 Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk